

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-14-2011

# David Covell v. Bell Sports Inc

Precedential or Non-Precedential: Precedential

Docket No. 10-3860

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"David Covell v. Bell Sports Inc" (2011). *2011 Decisions*. Paper 744.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/744

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3860
_____

DAVID W. COVELL; MARGARET COVELL, Plenary Guardians of the Person of
David F. Covell,
Appellants

v.

BELL SPORTS, INC.; EASTON-BELL SPORTS, INC.; PERFORMANCE, INC.

v.

MICHAEL KENIG; ARCHDIOCESE OF PHILADELPHIA.

_____

BEFORE:  HARDIMAN, ALDISERT, Circuit Judges and RESTANI*, Judge
_____

**ORDER TO AMEND THE OPINION**
_____

In the precedential opinion for the case above, each appearance of the word
"certiorari" in reference to the Supreme Court of Pennsylvania shall be replaced with the
word "allocatur." Accordingly, an amended opinion that includes such changes shall be
filed.

BY THE COURT:

/s/ Ruggero J. Aldisert
United States Circuit Judge

DATED: July 14, 2011
tmm/cc: All counsel/parties of record

_____

* Honorable Jane A. Restani, Judge of the United States Court of International Trade,
sitting by designation.